**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:20-CV-059-KDB-DCK**

| | |
|---|---|
| **KIM REYNOLDS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**SUNRISE GLOBAL MARKETING,** )<br>**LLC, SUNRISE GLOBAL HOLDING,** )<br>**INC., YIN CHEN, and DAVID** )<br>**PELICHET,** )<br>)<br>**Defendants.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Stephen J. Dunn, filed a "Report Of Mediator" (Document No. 20) on July 8, 2020, notifying the Court that the parties reached a settlement on July 7, 2020. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **August 7, 2020**.

**SO ORDERED**.

Signed: July 8, 2020

David C. Keesler
United States Magistrate Judge